## (November 21, 1960)

■ (A) PAUL ATLAS, Appellant, v. BOARD OF EDUCATION OF THE UNION FREE SCHOOL DISTRICT No. 4, Respondent. (B) JAMES MCHUGH, an Infant, et al., Respondents, v. AUGUSTINIAN ACADEMY, Defendant, and GEORGE MOLNAR et al., Appellants.— [In each action] Motion by respondent[s] to dismiss appeal denied, on condition that appellant[s] perfect the appeal and be ready to argue or submit it at the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before December 12, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ VERONICA BARTONE, Respondent, v. LEONARDO BARTONE, Appellant.— Motion by appellant husband for a stay of the Special Term's order awarding alimony *pendente lite* and a counsel fee pending the appeal therefrom, denied. Neither the denial of this motion nor the determination of the Special Term will influence the Trial Justice as to the proper amount of the permanent alimony to be awarded, if any, after hearing all the proof adduced at the trial. The parties should proceed promptly with the trial of this action. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ CO-OPERATIVE LOAN AND SAVINGS SOCIETY, Respondent, v. PATRICK J. MCDERMOTT et al., Defendants, and UNITED STATES OF AMERICA, Appellant.— Motion by appellant, United States of America, to extend its time to perfect the appeal, granted by default; time extended to the January Term, commencing January 3, 1961. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before December 5, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ MICHAEL GAVAGHEN, Plaintiff, v. PSATY & FUHRMAN, INC., Defendant and Third-Party Plaintiff-Appellant. CIVETTA EXCAVATING, INC., Third-Party Defendant-Respondent.— Motion by third-party plaintiff to dismiss the appeal of the third-party defendant, from so much of an order as disallows the latter's proposed amendments to the record on appeal. Motion denied, on condition that the third-party defendant perfect the appeal for the January Term, beginning January 3, 1961. The appeal is ordered on the calendar for said term. The appeal will be heard on a separate record. The record and appellant's brief must be served and filed on or before December 14, 1960. Motion by the third-party plaintiff to dispense with the printing of all the exhibits on the appeal from the judgment, granted conditionally, as follows: The movant may dispense with the printing of plaintiff's exhibits 1, 2, 3 and 4, and defendant's exhibits A, B, C, D and E, on condition that one photostatic copy of exhibits B, C, D and E be served, together with the record, upon the third-party defendant, and that, as to all the exhibits which are not printed, the originals or photostatic copies shall be submitted to the court upon the argument or submission of the appeal. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ (A) JESSE E. HOLLAND, Respondent, v. FRANK GALLAGHER, Appellant. (B) In the Matter of the Arbitration between FLORIDA MOLASSES COMPANY, Respondent, and FIRST NATIONAL OIL CORPORATION, Appellant.— [In each action] Motion by appellant for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.